ROBERT LAMANUZZI, SBN 213673

Attorney at Law

2014 Tulare Street  Suite 414

Fresno CA 93721

Telephone (559) 441-1979

Facsimile (559) 266-0507


Attorney for Defendant
William Cornelius

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.  1:13-cr-0209 AWI-BAM |
| Plaintiff ) | WAIVER OF DEFENDANT'S |
| ) | PRESENCE AT COURT HEARINGS; |
| v. ) | ORDER |
| WILLIAM CORNELIUS ) | |
| DEFENDANT. ) | |
| _____ ) | |

      The Defendant, WILLIAM CORNELIUS, hereby waives his right to be present in person in open court upon the hearing of any proceeding in this cause, including but not limited to arraingnment, status conferences, pre-trial motions, requests for continuances, and change of plea.

      Defendant hereby request the Court to proceed during his absence and agrees that his interest will be deemed represented at all times by the presence of his attorney Robert Lamanuzzi, the

same as if he were personally present.  This request is made pursuant to Federal Rules of Criminal Procedures 43(c )(2) and (3).  This waiver is being made because Defendant William Cornelius, has been charged by criminal indictment.

Defendant acknowledges that he has been informed of his rights under 18 USC sections 316-3174 (Speedy Trial Act) and authorities to set time and delays under the Act without the defendant being present.

 /s/ William Cornelius
WILLIAM CORNELIUS

Dated:  11/8/13                              Respectfully submitted,

                                  LAW OFFICES OF ROBERT LAMANUZZI

                                  /s/ Robert Lamanuzzi

                                  ROBERT LAMANUZZI

* * * * * * * *

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the defendant's appearance may be waived upon the hearing of any proceeding in this cause, including but not limited to, status conferences, pre-trial motions, and requests for continuances.

IT IS SO ORDERED.

Dated:  **November 8, 2013**                  /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE